THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE  CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY 
 RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brian Patrick McMillian,       
Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Memorandum Opinion No. 2004-MO-011
Heard March 2, 2004 - Filed April 5, 
 2004

AFFIRMED 

 
 
 
Robert William Mills, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, Assistant Attorney General Deborah R. J. Shupe, 
 of Columbia, and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), 
 SCACR, and the following authorities:  Issue 1: State v. Beckham, 334 
 S.C. 302, 513 S.E.2d 606 (1999)(lack of conclusive evidentiary link goes to 
 weight rather than admissibility); Issue 2: State v. Rosemond, 335 S.C. 
 593, 596, 518 S.E.2d 588 (1999)(relevance, materiality and admissibility of 
 photographs are matters within the sound discretion of the trial court); Issue 
 3: State v. Simpson, 325 S.C. 37, 479 S.E.2d 57, cert. denied, 
 520 U.S. 1277 (1997) (trial courts ruling on motion for mistrial will not be 
 disturbed on appeal absent an abuse of discretion amounting to an error of law); 
 Issue 4: Humphries v. State, 351 S.C. 362, 570 S.E.2d 160 (2002) (solicitor's 
 closing argument permissible where it stays within the record and reasonable 
 inferences to it); Issue 5: State v. Burton, 302 S.C. 494, 397 S.E.2d 
 90 (1990) (jury instruction sufficient if, when considered as a whole, it covers 
 the law applicable to case).
AFFIRMED.
TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and 
 Acting Justice Marc H. Westbrook, concur.